Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−14932−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kristen L Runge
   aka Kristen Leonora Runge, aka Kristen L
   Carr
   715 Midstreams Road
   Brick, NJ 08724

Social Security No.:
   xxx−xx−1713

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 22, 2025.

Dated: September 22, 2025
JAN: wiq

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kristen L Runge  
    Debtor

Case No. 25-14932-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Sep 22, 2025      Form ID: plncf13      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen L Runge, 715 Midstreams Road, Brick, NJ 08724-4557 |
| 520647463 | | Camelot at Marlboro, PO Box 3630, Everett, WA 98213-8630 |
| 520647482 | + | Matthew Runge, 715 Midstreams Road, Brick, NJ 08724-4557 |
| 520647485 | | Pnc Financial, Cleveland, OH 44101 |
| 520647487 | | Rma of New Jersey, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520647497 | | Td Bank N A, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520647498 | | Td Bank, N.A., Greenville, SC 29607 |
| 520675006 | | Virtua Health, 200 Bowman Dr, Voorhees, NJ 08043-9623 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2025 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2025 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520647459 | | Email/Text: collectors@arresourcesinc.com | Sep 22 2025 21:45:00 | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520647461 | | Email/Text: collectors@arresourcesinc.com | Sep 22 2025 21:45:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520697541 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2025 21:55:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520647452 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2025 21:55:02 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520647451 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2025 22:06:33 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520724584 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2025 21:54:39 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520647464 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 21:54:41 | Cap1/kohls, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520647465 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 22:07:51 | Cap1/kohls, Attn: Bankruptcy, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520647467 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 21:55:24 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520647466 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 22:06:15 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520647469 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 22:06:14 | Capital One/Saksfirst, Attn: Bankruptcy, PO Box |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 30285, Salt Lake City, UT 84130-0285 |
| 520647468 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 21:55:24 | Capital One/Saksfirst, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520674974 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2025 21:55:12 | Citibank, NA, PO Box 790340, Saint Louis, MO 63179-0340 |
| 520647471 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2025 22:07:41 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520647470 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2025 22:07:43 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520647472 | | Email/Text: ANGIES@GENESISCRED.COM | Sep 22 2025 21:45:00 | Columbia Debt Recovery, PO Box 3630, Everett, WA 98213-8630 |
| 520746591 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC Attn: Bankru, PO Box 619096, Dallas, TX 75261-9096 |
| 520647473 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 21:45:00 | Crosscountry/mr Cooper, PO Box 612488, Dallas, TX 75261-2488 |
| 520647481 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2025 21:54:41 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520647474 | | Email/Text: ANGIES@GENESISCRED.COM | Sep 22 2025 21:45:00 | Genesis Credit Management, Attn: Bankruptcy, PO Box 3630, Everett, WA 98213-8630 |
| 520647475 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2025 21:45:00 | Internal Revenue Service, PO Box 9019, Holtsville, NY 08527 |
| 520647477 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 21:54:58 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520647476 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 21:55:24 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520647479 | | Email/Text: camanagement@mtb.com | Sep 22 2025 21:46:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520647478 | | Email/Text: camanagement@mtb.com | Sep 22 2025 21:46:00 | M&T Credit Services, PO Box 900, Millsboro, DE 19966-0900 |
| 520655329 | + | Email/Text: camanagement@mtb.com | Sep 22 2025 21:46:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 520647480 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2025 21:55:14 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520674988 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2025 21:46:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520741873 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2025 21:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520647483 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 22 2025 21:45:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 520744806 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 22 2025 21:45:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520647486 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 22 2025 21:45:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520680401 | | Email/Text: bankruptcy@springoakscapital.com | Sep 22 2025 21:45:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520647489 | | Email/Text: bankruptcy@springoakscapital.com | Sep 22 2025 21:45:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520647490 | | Email/Text: bankruptcy@springoakscapital.com | Sep 22 2025 21:45:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520647492 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: plncf13 | Total Noticed: 52 |

| | | | Sep 22 2025 21:54:56 | Syncb/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 520647491 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 22 2025 21:55:29 | Syncb/Home Design, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520647494 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 22 2025 21:55:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520647493 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 22 2025 21:55:02 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520647499 | | Email/Text: bankruptcy@td.com | | |
| | | | Sep 22 2025 21:46:00 | Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520647495 | | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 22 2025 21:46:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520647496 | | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 22 2025 21:46:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520647484 | | Pnc Bank National Association |
| 520674990 | | Pnc Bank National Association |
| 520674965 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674966 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520647460 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674963 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674964 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520647462 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520647456 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520647457 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520647458 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520674956 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520674960 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520674961 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520674962 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520647453 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520647454 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520647455 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520674955 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520674957 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520674958 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520674959 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520674967 | * | Camelot at Marlboro, PO Box 3630, Everett, WA 98213-8630 |
| 520674968 | * | Cap1/kohls, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520674969 | * | Cap1/kohls, Attn: Bankruptcy, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520674971 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520674970 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520674973 | * | Capital One/Saksfirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520674972 | * | Capital One/Saksfirst, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520674976 | * | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520674975 | * | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520674977 | * | Columbia Debt Recovery, PO Box 3630, Everett, WA 98213-8630 |
| 520674978 | * | Crosscountry/mr Cooper, PO Box 612488, Dallas, TX 75261-2488 |

Case 25-14932-MBK   Doc 28   Filed 09/24/25   Entered 09/25/25 00:18:40   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: plncf13 | Total Noticed: 52 |

| | | |
|---|---|---|
| 520674986 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520674979 | * | Genesis Credit Management, Attn: Bankruptcy, PO Box 3630, Everett, WA 98213-8630 |
| 520674980 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 9019, Holtsville, NY 08527 |
| 520674982 | * | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520674981 | * | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520674983 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Credit Services, PO Box 900, Millsboro, DE 19966-0900 |
| 520674984 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520674985 | * | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520674987 | *+ | Matthew Runge, 715 Midstreams Road, Brick, NJ 08724-4557 |
| 520674989 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 520674992 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520674991 | * | Pnc Financial, Cleveland, OH 44101 |
| 520647488 | * | Rma of New Jersey, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674993 | * | Rma of New Jersey, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674994 | * | Rma of New Jersey, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674995 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520674996 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520674998 | * | Syncb/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520674997 | *+ | Syncb/Home Design, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520675000 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520674999 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520675005 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520675001 | * | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520675002 | * | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520675003 | * | Td Bank N A, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520675004 | * | Td Bank, N.A., Greenville, SC 29607 |

TOTAL: 2 Undeliverable, 57 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Kristen L Runge bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Sep 22, 2025 | Form ID: plncf13 | Total Noticed: 52 |

Denise E. Carlon
    on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Matthew K. Fissel
    on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5