Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−14932−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kristen L Runge
    aka Kristen Leonora Runge, aka Kristen L
    Carr
    715 Midstreams Road
    Brick, NJ 08724

Social Security No.:
    xxx−xx−1713

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 22, 2025.

On May 13, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                   June 17, 2026
Time:                   10:00 AM
Location:               Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 14, 2026
JAN: pbf

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-14932-MBK

Kristen L Runge                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 14, 2026 | Form ID: 185 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen L Runge, 715 Midstreams Road, Brick, NJ 08724-4557 |
| 520647463 | | Camelot at Marlboro, PO Box 3630, Everett, WA 98213-8630 |
| 520647482 | + | Matthew Runge, 715 Midstreams Road, Brick, NJ 08724-4557 |
| 520647485 | | Pnc Financial, Cleveland, OH 44101 |
| 520647487 | | Rma of New Jersey, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520647497 | | Td Bank N A, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520647498 | | Td Bank, N.A., Greenville, SC 29607 |
| 520675006 | + | Virtua Health, 200 Bowman Dr, Voorhees, NJ 08043-9636 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 14 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 14 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520647459 | Email/Text: collectors@arresourcesinc.com | May 14 2026 20:54:00 | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520647461 | Email/Text: collectors@arresourcesinc.com | May 14 2026 20:54:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520697541 | Email/PDF: bncnotices@becket-lee.com | May 14 2026 21:06:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520647452 | Email/PDF: bncnotices@becket-lee.com | May 14 2026 21:05:29 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520647451 | Email/PDF: bncnotices@becket-lee.com | May 14 2026 21:06:07 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520724584 | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 21:06:10 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520647464 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 21:06:05 | Cap1/kohls, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520647465 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 21:06:05 | Cap1/kohls, Attn: Bankruptcy, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520647467 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 21:06:23 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520647466 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 21:06:05 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520647469 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 21:05:23 | Capital One/Saksfirst, Attn: Bankruptcy, PO Box |

| | | |
|---|---|---|
| | | 30285, Salt Lake City, UT 84130-0285 |
| 520647468 | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | May 14 2026 21:06:24 — Capital One/Saksfirst, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520674974 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 14 2026 21:06:29 — Citibank, NA, PO Box 790340, Saint Louis, MO 63179-0340 |
| 520647471 | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 14 2026 21:05:47 — Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520647470 | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 14 2026 21:06:16 — Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520647472 | Email/Text: ANGIES@GENESISCRED.COM | |
| | | May 14 2026 20:54:00 — Columbia Debt Recovery, PO Box 3630, Everett, WA 98213-8630 |
| 520746591 | + Email/Text: nsm_bk_notices@mrcooper.com | |
| | | May 14 2026 20:54:00 — CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC Attn: Bankru, PO Box 619096, Dallas, TX 75261-9096 |
| 520647473 | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | May 14 2026 20:54:00 — Crosscountry/mr Cooper, PO Box 612488, Dallas, TX 75261-2488 |
| 520647481 | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 14 2026 21:05:49 — Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520647474 | Email/Text: ANGIES@GENESISCRED.COM | |
| | | May 14 2026 20:54:00 — Genesis Credit Management, Attn: Bankruptcy, PO Box 3630, Everett, WA 98213-8630 |
| 520647475 | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | May 14 2026 20:55:00 — Internal Revenue Service, PO Box 9019, Holtsville, NY 08527 |
| 520647477 | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | May 14 2026 21:05:23 — Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520647476 | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | May 14 2026 21:06:05 — Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520647479 | Email/Text: camanagement@mtb.com | |
| | | May 14 2026 20:55:00 — M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520647478 | Email/Text: camanagement@mtb.com | |
| | | May 14 2026 20:55:00 — M&T Credit Services, PO Box 900, Millsboro, DE 19966-0900 |
| 520655329 | + Email/Text: camanagement@mtb.com | |
| | | May 14 2026 20:55:00 — M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 520647480 | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 14 2026 21:06:16 — Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520674988 | + Email/Text: bankruptcydpt@mcmcg.com | |
| | | May 14 2026 20:55:00 — Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520741873 | + Email/Text: bankruptcydpt@mcmcg.com | |
| | | May 14 2026 20:55:00 — Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520647483 | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | May 14 2026 20:54:00 — PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 520744806 | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | May 14 2026 20:54:00 — PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520647486 | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | May 14 2026 20:54:00 — Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520680401 | Email/Text: bankruptcy@springoakscapital.com | |
| | | May 14 2026 20:54:00 — SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520647489 | Email/Text: bankruptcy@springoakscapital.com | |
| | | May 14 2026 20:54:00 — Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520647490 | Email/Text: bankruptcy@springoakscapital.com | |
| | | May 14 2026 20:54:00 — Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520647492 | Email/PDF: ais.sync.ebn@aisinfo.com | |

District/off: 0312-3

User: admin

Page 3 of 5

Date Rcvd: May 14, 2026

Form ID: 185

Total Noticed: 52

|  |  |  | May 14 2026 21:05:21 | Syncb/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520647491 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | May 14 2026 21:06:22 | Syncb/Home Design, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520647494 |  | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | May 14 2026 21:05:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520647493 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | May 14 2026 21:06:01 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520647499 |  | Email/Text: bankruptcy@td.com |  |  |
|  |  |  | May 14 2026 20:55:00 | Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520647495 |  | Email/Text: bncmail@w-legal.com |  |  |
|  |  |  | May 14 2026 20:55:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520647496 |  | Email/Text: bncmail@w-legal.com |  |  |
|  |  |  | May 14 2026 20:55:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520647484 |  | Pnc Bank National Association |
| 520674990 |  | Pnc Bank National Association |
| 520674965 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674966 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520647460 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674963 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674964 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520647462 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520647456 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520647457 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520647458 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520674956 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520674960 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520674961 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520674962 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520647453 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520647454 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520647455 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520674955 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520674957 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520674958 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520674959 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520674967 | * | Camelot at Marlboro, PO Box 3630, Everett, WA 98213-8630 |
| 520674968 | * | Cap1/kohls, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520674969 | * | Cap1/kohls, Attn: Bankruptcy, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520674971 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520674970 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520674973 | * | Capital One/Saksfirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520674972 | * | Capital One/Saksfirst, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520674976 | * | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520674975 | * | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520674977 | * | Columbia Debt Recovery, PO Box 3630, Everett, WA 98213-8630 |
| 520674978 | * | Crosscountry/mr Cooper, PO Box 612488, Dallas, TX 75261-2488 |

District/off: 0312-3                          User: admin                                Page 4 of 5
Date Rcvd: May 14, 2026                    Form ID: 185                              Total Noticed: 52

| | | |
|---|---|---|
| 520674986 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520674979 | * | Genesis Credit Management, Attn: Bankruptcy, PO Box 3630, Everett, WA 98213-8630 |
| 520674980 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 9019, Holtsville, NY 08527 |
| 520674982 | * | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520674981 | * | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520674983 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Credit Services, PO Box 900, Millsboro, DE 19966-0900 |
| 520674984 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520674985 | * | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520674987 | *+ | Matthew Runge, 715 Midstreams Road, Brick, NJ 08724-4557 |
| 520674989 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 520674992 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520674991 | * | Pnc Financial, Cleveland, OH 44101 |
| 520647488 | * | Rma of New Jersey, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674993 | * | Rma of New Jersey, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674994 | * | Rma of New Jersey, PO Box 1056, Blue Bell, PA 19422-0287 |
| 520674995 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520674996 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520674998 | * | Syncb/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520674997 | *+ | Syncb/Home Design, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520675000 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520674999 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520675005 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 520675001 | * | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520675002 | * | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520675003 | * | Td Bank N A, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520675004 | * | Td Bank, N.A., Greenville, SC 29607 |

TOTAL: 2 Undeliverable, 57 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | docs@russotrustee.com |
| Daniel E. Straffi | |
| | on behalf of Debtor Kristen L Runge bkclient@straffilaw.com |
| | g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Matthew K. Fissel | |

District/off: 0312-3                          User: admin                                    Page 5 of 5
Date Rcvd: May 14, 2026                       Form ID: 185                              Total Noticed: 52

on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4